IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:24-mj-00053-BR (1) |
| COLE UNDERWOOD (1) | § § | |
| Defendant. | § § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

On today's date, Defendant, COLE UNDERWOOD, appeared before the Court. Defendant requested counsel be appointed, and the Court found the defendant financially unable to obtain counsel.

It is hereby ORDERED the office of the Federal Public Defender is appointed to represent the defendant in this cause. Such appointment shall be for all proceedings, including any appeal. The Federal Public Defender's Office in Amarillo is located at 500 S. Taylor, Suite 110.

**IT IS SO ORDERED.**

ENTERED on June 6, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE