IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:24-mj-00053-BR (1) |
| | § | |
| COLE UNDERWOOD (1) | § | |
| | § | |
| Defendant. | § | |

## ORDER ON INITIAL APPEARANCE

On today's date, Defendant, COLE UNDERWOOD, appeared in person and without counsel, before the undersigned United States Magistrate Judge, for the purpose of an Initial Appearance in accordance with Federal Rule of Criminal Procedure 5. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

In accordance with Federal Rule of Criminal Procedure 5, the defendant received a copy of the Complaint previously filed. The defendant was advised of the rights relative to the making and the refusal to make statements that might be used against Defendant and acknowledged understanding such rights. The defendant was further advised of the right to retain counsel and of the right to request the Court to appoint counsel if unable to afford to retain counsel. The defendant acknowledged understanding the right to counsel and requested that the Court appoint counsel. The Court will appoint counsel to represent Defendant in this cause. The defendant was advised of the right to a Preliminary Examination and a Detention Hearing and acknowledged understanding such rights.

Defendant, COLE UNDERWOOD, is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on June 6, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE