IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:24-mj-00053-BR (1) |
| | § | |
| COLE UNDERWOOD (1) | § | |
| | § | |
| Defendant. | § | |

**ORDER ON PRELIMINARY EXAMINATION AND DETENTION HEARING**

On June 12, 2024, Defendant, COLE UNDERWOOD, appeared in person and with counsel, before the undersigned United States Magistrate Judge, for the purpose of a Preliminary Examination and Detention Hearing. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

The government had previously filed a Motion for Pretrial Detention of the defendant alleging there are no conditions of release that will reasonably assure the defendant's appearance, as required, nor the safety of any other person and the community. The government gave notice that they would seek to invoke the rebuttable presumption against the defendant on the basis that there is probable cause to believe the defendant committed an offense involving a minor victim.

After consideration of the testimony, proffers, and arguments presented at the hearing, the Court finds the defendant failed to rebut the presumption of flight and danger. The government's Motion for Pretrial Detention is GRANTED. The Court finds there is probable cause to believe defendant committed the offense as charged in the Complaint, and this case is Ordered bound over for presentation to the Grand Jury.

Defendant, COLE UNDERWOOD, is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

ENTERED on June 12, 2024.

*/s/ Lee Ann Reno*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE